[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-10037
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cr-00082-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL SASSNETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(July 19, 2017)

Before HULL, WILSON and JILL PRYOR, Circuit Judges.

PER CURIAM:

Brendan Fleming, appointed counsel for Michael Sassnett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sassnett's revocation of supervised release and sentence are **AFFIRMED**.